IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00777-BNB

JAMES K. WOROSELLO,

    Petitioner,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
PAUL A. KING, Judge, Castle Rock Court,

    Respondents.

## ORDER OF DISMISSAL

    Petitioner, James K. Worosello, initiated this action on March 25, 2013, by filing what appears to be part of a civil Complaint (Doc. # 1) and two documents titled "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" (Doc. ## 3, 4).

    In a March 26, 2013 Order, Magistrate Judge Boyd N. Boland directed Mr. Worosello to cure certain deficiencie. Magistrate Judge Boland advised Mr. Worosello that following review of his filings, the Court was unable to discern whether he was asserting civil rights claims or habeas corpus claims. Magistrate Judge Boland instructed Mr. Worosello to do one of the following, within thirty (30) days of the March 26 Order: (1) file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and either pay the $5.00 filing fee, or file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; or, (2) file a Prisoner Complaint and either pay the $350.00 filing fee, or file a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Mr. Worosello was advised that failure to comply with the March 26 Order would result in dismissal of the action without further notice.

Mr. Worosello paid a $5.00 filing fee on April 8, 2013.  (Doc. # 6).  He filed a document titled "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" on April 11, 2013.  (Doc. # 7).  In an April 15, 2013 Minute Order, Magistrate Judge Boland ordered Mr. Worosello to file on or before May 15, 2013, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form.   Petitioner was advised that he could obtain the court-approved form (with the assistance of his case manager or facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  The April 15, 2013 Minute Order warned Mr. Worosello that failure to comply with the Minute Order would result in dismissal of the action without further notice.

Mr. Worosello has failed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form.  He has not requested an extension of time to comply with the April 15, 2013 Minute Order, nor has he advised the Court that he cannot obtain the court-approved form.  Accordingly, this action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Worosello files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of

Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Worosello's failure to comply with the March 26, 2013 Order Directing Plaintiff to Cure Deficiencies and the April 15, 2013 Minute Order, and for failure to prosecute. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Mr. Worosello has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Worosello may file a motion in the Tenth Circuit.  It is

FURTHER ORDERED that all pending motions are DENIED as moot.

DATED at Denver, Colorado, this   22nd   day of    May         , 2013.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court